# EXHIBIT 1

Eleanor Hoppe – Sentencing Letter

The Honorable Rudolph Contreras

U.S. District Judge

U.S. District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington, DC 20001

Dear Judge Contreras,

In jail the days slow down and I have spent hundreds of hours considering the actions that led to my arrest, the gravity of my plea, and what my return to society will require. I have questioned how I allowed my behavior to cross a line into illegal activity and have accepted the negative consequences that will continue to affect my family and children for decades to come.

In the fall of 2022, my psychiatrist of almost 25 years, Dr. Paul M. Spector, began prescribing the medication Mirapex for restless leg syndrome despite the adverse reactions I experience years earlier. The initial dose given to me was much higher than the previously received, and over the next four months my trusted physician doubled my Mirapex intake even as I complained of hypersexuality and manic behavior. Soon thereafter, Dr. Spector lost his medical license due to errors and overprescription of medications with other patients. By February 2023, I lost my job working in a law firm due to erratic behavior and found myself compulsively spending hours daily online in explicit sex chat rooms. During this three-week period, I adopted different hypersexual personas to fit different bizarre conversations that became increasingly extreme and dangerous.

The things I wrote and the photos that I sent put me in the middle of scenarios that moved from a hypothetical role play to graphic descriptions of fictious situations including taboo parenting. While excessive doses of Mirapex affected me in multiple ways, there is no excuse for any of my actions. The nature of my crime is so very serious. The stipulations of my guilty plea are overwhelming, but the nature of the crime is severe, and the facts of the instant offense are heinous. I have accepted the consequences of my illegal activity.

Truly the only thing that makes this situation worse is the fact that my family and children continue to suffer. I am devastated by the unfair and undeserved impact my arrest has had on my family's personal and professional lives. I speak with my family daily and feel so loved during their frequent visits from Richmond.

My brother has been there for me during my most difficult moments, and I should have been there in 2023 for his. I am extremely close with my parents who were blindsided by my arrest on my mother's birthday. As a result of the public coverage of my arrest, they have been accosted and felt unsafe in their hometown. My father has always been my hero, and I am so grateful that we remain so close despite the unimaginable stress this situation has caused him. Even worse, my parents have not seen their grandchildren despite their best efforts. I know the separation has been heartbreaking for all four of them.

Eleanor Hoppe – Sentencing Letter

Worst of all is the trauma I've caused my daughters. I left them when they needed me most and the damage I've done to their lives is unforgivable. Hopefully one day they might understand what happened and I pray I will be able to repair our relationship in the future, though I will miss the coming years with them.

During the two years that I have spent in DC jail, I have been a productive inmate and contribute positively to my environment. I have a paid position tutoring GED students 13 hours a week and have earned 400 hours toward my barber license. Additionally, I have earned 23 credits at Georgetown courses and maintain a 3.9 GPA. I have participated in UDC's law school paralegal program, and completed national culinary, CTECH telecom/cabling, and OSHA certificates. I have also delivered the rebuttal twice for the DOC debate team, competing most recently in the Federal District Court. I have head leadership positions with the ANC. I will continue to seek out opportunities that might translate to meaningful skills once I am released because I recognize the challenges I will have upon re-entry to the workforce as a felon.

I have missed weddings, graduations, family reunions, and time with my girls that I will never recover. The knowledge that this guilty plea will follow me is overwhelming, however, I am focused on the future and intend to not let my worst actions define who I am as a person.