# EXHIBIT 2



Jonathan DeRight, PhD, ABPP-CN



 703-957-7300   1390 Chain Bridge Rd #85 McLean, VA 22101   1464 Ingleside Avenue McLean, VA 22101    844-238-6630

deright@braindiagnosis.com



[Page content redacted]

*Jonathan DeRight, PhD, ABPP*
*Forensic Neuropsychological Evaluation of Eleanor Hoppe*
*Page 4 of 15*



*Jonathan DeRight, PhD, ABPP*
*Forensic Neuropsychological Evaluation of Eleanor Hoppe*
*Page 5 of 15*

*Jonathan DeRight, PhD, ABPP*
*Forensic Neuropsychological Evaluation of Eleanor Hoppe*
*Page 6 of 15*

*Jonathan DeRight, PhD, ABPP*
*Forensic Neuropsychological Evaluation of Eleanor Hoppe*
*Page 7 of 15*

*Jonathan DeRight, PhD, ABPP*
*Forensic Neuropsychological Evaluation of Eleanor Hoppe*
*Page 8 of 15*



*Jonathan DeRight, PhD, ABPP*
*Forensic Neuropsychological Evaluation of Eleanor Hoppe*
*Page 9 of 15*



Case 1:23-cr-00102-RC    Document 59-2    Filed 05/23/25    Page 13 of 16

*Jonathan DeRight, PhD, ABPP*
*Forensic Neuropsychological Evaluation of Eleanor Hoppe*
*Page 12 of 15*



*Jonathan DeRight, PhD, ABPP*
*Forensic Neuropsychological Evaluation of Eleanor Hoppe*
*Page 13 of 15*





*Jonathan DeRight, PhD, ABPP*
*Forensic Neuropsychological Evaluation of Eleanor Hoppe*
*Page 15 of 15*



The conclusions, opinions, and recommendations contained in this report are based on information that was available at the time of this report's preparation. Should additional information be forthcoming from any source, these conclusions, opinions, and recommendations are subject to review and revision.

_____
Jonathan DeRight, PhD, ABPP
Board Certified in Clinical Neuropsychology
Licensed Clinical Psychologist