# EXHIBIT 3

April 25, 2025

The Honorable Rudolph Contreras
U.S. District Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Contreras:

We write this letter with enthusiastic support for Eleanor "Tori" Hoppe. We have had the pleasure of getting to know Tori as a student in the debate class that we have been teaching since spring 2024 at the DC Jail. In that class, Tori has consistently shown great integrity, intellectual curiosity, care and concern for her teammates, and dedication to improvement. Not only is she eager to digest the material but, more importantly, she consistently demonstrates great patience, respect, and support for the coaches and her classmates.

By way of background, we first taught the class in conjunction with the National Prison Debate League,[1] a nonprofit organization dedicated to promoting the value of academic debate in prisons and jails. Our class prepares the students to debate criminal justice topics such as whether everyone convicted of a crime should have the right to vote or whether to abolish life without parole sentences. To prepare, the students attend biweekly classes, review hundreds of pages of research, and write their own original arguments. Last spring, after months of preparation, Tori and the rest of the team from the DC Jail faced off against the championship-winning Georgetown University team, ultimately losing by a narrow 3-2 vote of a panel that included a federal judge, a law school dean, and several university debate program directors.[2] Last fall, Tori and her teammates competed against James Madison University's nationally-ranked debate team, in a competition held in front of a packed audience at the U.S. Courthouse. As reported in the Washington Post, the students prevailed in a swift and unanimous 5-0 decision by a panel that included U.S. District Judges Reggie Walton, Dabney Friedrich, and Michael Nachmanoff, an Assistant Dean at Georgetown Law, and a senior Department of Justice attorney.[3]

Tori proved herself to be an essential member of the team, securing a competitive speaking role at both debates due to her obvious knack for public speaking and advocacy. The class is entirely voluntary, and many students did not return for later classes after they appreciated the commitment it required, both inside and outside the classroom. Yet from early on, Tori was engaged, enthusiastic, and eager to learn. In particular, Tori served as a first-chair rebuttalist—the most challenging and work-intensive role on the team—in both debates. Tori was given this role because she demonstrated a clear mastery of the material, an ability to listen closely to the other team's arguments, and an ability to think on her feet.

---

[1] *See About Us*, National Prison Debate League, https://npdl.org/about-us/.

[2] *See* Delia Goncalves, *First ever debate team inside DC Jail takes on Georgetown University*, WUSA9 (Apr. 25, 2024), https://www.wusa9.com/article/news/local/dc/first-ever-debate-team-inside-dc-jail-takes-on-georgetown-university/65-68d44dbf-2fc0-4b0f-b407-d9b18f13f809.

[3] *See* Dan Rosenzweig-Ziff, *In emotional event, D.C. jail inmates debate JMU students in courtroom*, Wash. Post (Nov. 23, 02024), https://www.washingtonpost.com/education/2024/11/23/dc-jail-inmates-debate-jmu/.

But Tori demonstrates much more than academic prowess. She is a thoughtful and caring teammate, often spending entire classes working with another student to build their confidence in their own speaking role. She always shows respect and kindness towards both the coaches and her team. We look forward to seeing her every week.

This semester, the class had a long waitlist, and the administrators opened the class only to new participants. But we specifically requested that Tori be an exception, and join again this semester, because we knew that she could be counted on to bring respect and experience to the classroom. Though Tori does not have a speaking role this semester, we knew we could count on her to mentor and prepare the selected speakers. She shows up every class prepared to debate the opposite side of the argument so as to better prepare our speakers. During our last few weeks of practice, Tori stepped up to co-captain a formal opposing team ("negative team") to help the affirmative team prepare for actual competition. Being part of the negative team carries no extrinsic reward—the only reward is the knowledge that you are supporting your teammates who have speaking roles. Despite this, the negative team, under Tori's auspices, has shown up to each practice with excellent arguments in tow, and challenged their teammates to debate at the highest level possible. Tori's leadership is awe-inspiring and has positively affected her teammates and coaches alike.

In addition to her skill, Tori is a leader among her peers. She is attentive when students are struggling, she is quick to step in, and her demeanor is consistently genuine and engaging. In short, she is a joy to have in the classroom. Tori also carries a smart and kind sense of humor. During classroom moments that are otherwise tense or scatter-brained, Tori will often lighten the atmosphere with a witticism or a chuckle and bring the room back together. In the context of a class where many students are speaking in public for the first time—an intimidating task—Tori's sense of humor has lowered the stakes and encouraged others to speak with less fear and more joy.

Tori's sincere interest in learning extends beyond the classroom. She has a desire to be an asset to the community and to give back. We are confident that if given the chance, Tori will work to better her community and strive to improve herself. Put simply, she is an exceptional person, who we hope will have the opportunity to prove herself outside the prison walls.

We stand by ready to answer additional questions as helpful. We also are happy to provide testimony, or any other information that might prove useful.

Respectfully,

Lina Bader, Attorney

Erin Barrett, Judge Advocate at U.S. Navy

Jackson Erpenbach, Associate at Hecker Fink LLP

Sarah Istel, Deputy General Counsel for the Senate Select Committee on Intelligence

Victoria Sheber, Attorney